IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:25-MJ-086 |
| | § | |
| JEREMY MCNUTT | § | |

**ENTRY OF APPEARANCE OF COUNSEL**

_X_ I wish to enter my appearance as retained counsel for the above-named defendant(s) in this cause.

____ I hereby enter my appearance as appointed counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12 Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: July 29, 2024

_____
Franklyn Ray Mickelsen
Broden & Mickelsen
2600 State St
Dallas, TX 75204
214-720-9552
Fax: 214-720-9594
Email: mick@texascrimlaw.com