IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CALEB WARD  (01)<br>JEREMY MCNUTT  (02)<br>JARED MCNUTT  (03) | No. 4:25-MJ-86 |

## ORDER

Before the Court is the government's unopposed Motion for Order Pursuant to Federal Rule of Evidence 502(d), filed on February 14, 2025. The Court finds that good cause has been established to allow the government to produce discovery to all defendants under the conditions and restrictions described below. The Court determines that the motion should be and is hereby **granted**.

Therefore, pursuant to Rules 16 and 49.1 of the Federal Rules of Criminal Procedure, and the inherent authority of this Court, I hereby **ORDER** the following:

1.     That all defendants shall be permitted to review all discovery, including any potentially privileged materials of a codefendant or a codefendant's company, subject to the following conditions:

2.     The production of discovery shall be subject to the terms of the Protective Order that the Court previously issued in this matter. Dkt. 19. That Protective Order shall not limit in any way any defendant's ability to use his own documents or communications. Nothing in this order shall be construed to be a determination of actual

Rule 502(d) Order—Page 1

ownership of any documents or communications produced by the government as part of its discovery.

3. The defendants' agreement to allow full production of documents to all defendants shall not constitute a waiver of privilege or protection on the part of any defendant with respect to those documents in any federal or state proceeding. *See* Fed. R. Evid. 502(d).

4. The government shall provide to all defendants the documents identified as potentially privileged. If any defendant wishes to use (e.g. introduce, file, include in an exhibit list, or otherwise disclose) a document containing any of these documents, the defendant must provide at least fourteen (14) days advance notice to the government and all other defendants in order to allow all parties sufficient time to assert a claim of privilege or to determine whether the anticipated use of such document in these proceedings constitutes a waiver of privilege.

Signed and entered this 14th day of February 2025.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE