


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4-25CR-076-0 |
| JEREMY MCNUTT (01) | |

## GOVERNMENT'S NOTICE REGARDING RELATED CASES

The government files the instant notice to notify the court that the above-captioned case is related to the following civil case filed by the SEC in the Fort Worth Division, which is assigned to Judge Pittman: *SEC v. Geosyn Mining et al*, Case No. 4:24-CV-365-P.

The conduct charged in the criminal complaint is substantially similar to the allegations in the civil complaint cited above. To be clear, the government is not requesting any particular district judge be assigned this criminal case, but instead files this notice only to make the clerk's office aware of the related civil case.

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
MATTHEW WEYBRECHT
Assistant United States Attorney
State Bar of Texas No. 24102642
Telephone: 817-252-5200
Fax: 817-252-5455
matthew.weybrecht@usdoj.gov