IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:25-CR-076-O |
| JEREMY MCNUTT (01) | |

## WAIVER OF INDICTMENT

I, Jeremy McNutt, the above-named defendant, who is accused of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 371 (18 U.S.C. § 1343), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Signed this 13 day of March, 2025.

_____
JEREMY MCNUTT
Defendant

_____
MICK MICKELSEN
Attorney for Defendant