IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Guilty Plea at Arraignment, **NON-EVIDENTIARY** HELD |
| Case number: | 4:25-CR-00076-O |
| Defendant | JEREMY MCNUTT, sworn |
| Court Reporter | Monica Guzman |
| Interpreter: | N/A |
| US Attorney: | Matthew Robert Weybrecht — Justin Beck |
| Defense Attorney: | Franklyn Ray Mickelsen |
| Time in Court: | 10 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | 26th day of March, 2025 |
| Status: | Defendant entered plea of guilty to Count(s) 1 of the Information |
| | Deft TBS: 8:30 a.m. - July 11, 2025 |
| | PSI Referral Form to Defendant's Attorney |
| | Scheduling Order to follow |
| | Deft continued on bond |
| Deputy Clerk: | Julie Harwell |