IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:25-CR-076-O |
| JEREMY MCNUTT (01) | |

### CONSENT TO ADMINISTRATION OF GUILTY PLEA AND ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, Jeremy McNutt, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Judge, who retains final decision making authority over the plea, and that sentencing will be conducted by the District Judge.

DATE SIGNED: March 13, 2025

*Acquiescence in Consent*:

_____
JEREMY MCNUTT
Defendant

*Consent*:

_____
MICK MICKELSEN
Attorney for Defendant

### ORDER

I, the United States Magistrate Judge for the Northern District of Texas, find that the Defendant knowingly and voluntarily waives the right to enter a guilty plea before the United States District Judge and that the Defendant has consented to proceeding with a plea of guilty before me.

SIGNED and ENTERED on this 26th day of March, 2025.

_____
UNITED STATES MAGISTRATE JUDGE