**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Criminal Action No. 4:25-CR-0076-O** |
| **JEREMY MCNUTT (01),** | § § § | |
| **Defendant.** | § § § | |

**ORDER**

It is **ORDERED** that this matter be reassigned to the docket of United States District Judge Mark T. Pittman to conduct all further proceedings. The Clerk of Court is ordered to change the case letter designation to a 'P'.

**SO ORDERED** on this **30th day** of **May, 2025.**


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**